SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 FEB 22 AM 11:55
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:18CR 51 |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 1014 |
| JOSHUA S. HUFFMAN, | 18 U.S.C. § 1344 |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about May 14, 2015, in the District of Nebraska, the defendant, JOSHUA S. HUFFMAN, did knowingly make a materially false statement or report to the United Bank of Iowa, a bank, the accounts of which were then insured by the Federal Deposit Insurance Corporation, for purposes of preparation of a balance sheet which was used for the purposes of influencing the action of said bank in connection with a loan to the defendant, JOSHUA S. HUFFMAN, in that the defendant, when addressing his liabilities with a bank officer for the United Bank of Iowa, failed to advise the United Bank of Iowa loan officer that he had an outstanding loan balance at the Washington County Bank in Tekamah, Nebraska in the amount of $179,999.

In violation of Title 18, United States Code, Section 1014.

## COUNT II

From on or about May 14, 2015 and continuing thereafter until on or about May 18, 2015, in the District of Nebraska and elsewhere, the defendant, JOSHUA S. HUFFMAN, did knowingly execute and attempt to execute a material scheme and artifice to defraud a federally insured financial institution, specifically, the United Bank of Iowa, and to obtain money, funds, credits, assets, and other property owned by and under the custody and control of said financial

1

institution by means of materially false and fraudulent pretenses, representations, and promises, then well knowing at the time that said pretenses, representations, and promises were false and fraudulent when made, in that the defendant, JOSHUA S. HUFFMAN, prepared and caused to be prepared, and submitted and caused to be submitted to United Bank of Iowa a balance sheet which omitted approximately $179,999 of loan debt owed to Washington County Bank and which otherwise misidentified the entities to which other debts were owed so as not to disclose his credit banking relationship with the Washington County Bank.

In violation of Title 18, United States Code, Section 1344.

## COUNT III

On or about December 17, 2014, in the District of Nebraska, the defendant, JOSHUA S. HUFFMAN, did knowingly make and cause to be made a materially false statement in a personal financial statement submitted and caused to be submitted by him to the Washington County Bank in Tekamah, Nebraska, a bank, the accounts of which were then insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of said bank in connection with a loan to the defendant, JOSHUA S. HUFFMAN, and any change or extension of any loan to defendant, JOSHUA S. HUFFMAN, by renewal, deferment of action and otherwise, in that the personal financial statement of the defendant, JOSHUA S. HUFFMAN, stated that his total liabilities were $686,068 when, in truth and in fact, his total liabilities were substantially higher than that as the defendant failed to list loans he owed to the United Bank of Iowa which had balances of $160,000 and $30,273.97 as of December 17, 2014.

In violation of Title 18, United States Code, Section 1014.

## COUNT IV

On or about December 17, 2014, in the District of Nebraska, the defendant, JOSHUA S. HUFFMAN, did knowingly execute and attempt to execute a material scheme and artifice to defraud a federally insured financial institution, specifically, the Washington County Bank, and to obtain money, funds, credits, assets, and other property owned by and under the custody and control of said financial institution by means of materially false and fraudulent pretenses, representations, and promises, then well knowing at the time that said pretenses, representations, and promises were false and fraudulent when made, in that the defendant, JOSHUA S. HUFFMAN, prepared and caused to be prepared, and submitted and caused to be submitted to Washington County Bank a personal financial statement which omitted approximately $190,273 of loan debt owed to the United Bank of Iowa.

In violation of Title 18, United States Code, Section 1344.

## COUNT V

On or about March 24, 2015, in the District of Nebraska, the defendant, JOSHUA S. HUFFMAN, did knowingly make and cause to be made, a materially false statement in a personal financial statement submitted and caused to be submitted by him to the Washington County bank in Tekamah, Nebraska, a bank, the accounts of which were then insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of said bank in connection with a loan to defendant, JOSHUA S. HUFFMAN, and any change or extension of any loan to defendant, JOSHUA S. HUFFMAN, by renewal, deferment of action and otherwise, in that the personal financial statement of the defendant, JOSHUA S. HUFFMAN, stated that his total liabilities were $672,351 when, in truth and in fact, his total liabilities were substantially higher than that as the defendant failed to list loans he owed to the United Bank of Iowa which had balances of $137,200, $128,800 and $30,273.97 as of March 24, 2015.

In violation of Title 18, United States Code, Section 1014.

## COUNT VI

On or about March 24, 2015, in the District of Nebraska, the defendant, JOSHUA S. HUFFMAN, did knowingly execute and attempt to execute a material scheme and artifice to defraud a federally insured financial institution, specifically, the Washington County Bank, and to obtain money, funds, credits, assets, and other property owned by and under the custody and control of said financial institution by means of materially false and fraudulent pretenses, representations, and promises, then well knowing at the time said pretenses, representations, and promises were false and fraudulent when made, in that the defendant, JOSHUA S. HUFFMAN, prepared and caused to be prepared, and submitted and caused to be submitted to Washington County Bank a personal financial statement which omitted approximately $296,273 of loan debt owed to the United Bank of Iowa.

In violation of Title 18, United States Code, Section 1344.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: RUSSELL X. MAYER, NY #1726124
Assistant U.S. Attorney

4